NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LABORATORY SKIN CARE, INC. and ZAHRA MANSOURI,**

*Plaintiffs-Appellants,*

**v.**

**LIMITED BRANDS, INC. and BATH & BODY WORKS LLC,**

*Defendants-Appellees.*

---

2012-1187

---

Appeal from the United States District Court for the District of Delaware in case no. 06-CV-0601, Judge Leonard P. Stark.

---

**JUDGMENT**

---

JERRY R. SELINGER, Patterson & Sheridan, LLP, of Dallas, Texas, argued for plaintiffs-appellants. With him on the brief was SUSAN E. POWLEY.

GREGORY A. CASTANIAS, Jones Day, of Washington, DC, argued for the defendants-appellees. On the brief were JOHN F. WARD and MICHAEL J. ZINNA, Ward & Zinna, LLC, of New York, New York.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, CLEVENGER, and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

September 10, 2012          /s/ Jan Horbaly
Date                        Jan Horbaly
                            Clerk